1

2

3

4

5

6

7

8                          United States District Court

9                        Eastern District of California

10

11

12   Patrick R. Holley, Sr.,

13           Plaintiff,                    No. Civ. S 04-2006 MCE PAN P

14        vs.                              Order

15   California Department
     of Corrections, et al.,
16
             Defendants.
17                                         -oOo-

18        September 27, 2004, plaintiff filed a civil rights complaint

19   and sought leave to proceed in forma pauperis.  March 9, 2005,

20   the court granted plaintiff leave so to proceed but imposed a

21   $250 filing fee when plaintiff was subject to a $150 filing fee.

22   See 28 U.S.C. § 1914(a) (2000).

23        Accordingly, the March 9, 2005, order is vacated insofar as

24   it directed plaintiff to pay a $250 filing fee.

25   ///

26   ///

1    Plaintiff shall pay a $150 filing fee.

2    So ordered.

3    Dated:  May 12, 2005.

4                                    /s/ Peter A. Nowinski
                                     PETER A. NOWINSKI
5                                    Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26