United States District Court

Eastern District of California

Patrick R. Holley, Sr.,

     Plaintiff,                    No. Civ. S 04-2006 MCE PAN P

  vs.                                 Amended Notice

California Department
of Corrections, et al.,

     Defendants.

-oOo-

    March 9, 2005, the court issued a notice that plaintiff was required to pay a $250 filing fee.  Since plaintiff filed his complaint before the filing fee increased, the court this date made an order directing plaintiff to pay a $150 filing fee.  28 U.S.C. § 1914(a) (2000).  However, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his trust fund account.  28 U.S.C. § 1915(b)(2).  The agency having custody of plaintiff is required to forward payments from

1 plaintiff's account to the clerk of the court each time the
2 amount in the account exceeds $10 until the filing fee is paid.
3     The clerk of the court shall serve a copy of this amended
4 notice and a copy of plaintiff's in forma pauperis application
5 upon the Director of the California Department of Corrections and
6 deliver a copy of this amended notice to the clerk's financial
7 division.
8     Dated:  May 12, 2005.

                           /s/ Peter A. Nowinski
                           PETER A. NOWINSKI
                           Magistrate Judge