United States District Court

Eastern District of California

Patrick R. Holley,

        Plaintiff,

vs.

California Department of Corrections, et al.,

        Defendants.

No. Civ. S 04-2006 MCE PAN P

Order

-oOo-

November 1, 2005, defendant requested an extension of time to serve responses to discovery requests. Good cause appearing, defendant's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: November 3, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge