United States District Court

Eastern District of California

Patrick R. Holley, Sr.,

     Plaintiff,                   No. Civ. S 04-2006 MCE PAN P

  vs.                              Order

California Department of
Corrections, et al.,

     Defendants.

                              -oOo-

    December 1, 2005, defendants requested an extension of time to respond to plaintiff's first set of interrogatories. Good cause appearing, defendant's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:   December 8, 2005.

                                /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge