IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK RONALD HOLLEY, | No. 2:04-cv-2006-MCE-PAN-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. / | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On February 24, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.

///

1

1 | Having carefully reviewed the entire file, the court finds the findings and recommendations to be
2 | supported by the record and by proper analysis.
3 |   Accordingly, IT IS HEREBY ORDERED that:
4 |   1.  The findings and recommendations filed February 24, 2006, are adopted in full; and
5 |   2. Plaintiff's March 21, 2005, September 26, 2005, October 14, 2005, November 3, 2005,
6 | and December 28, 2005, motions for temporary restraining order and/or preliminary injunction
7 | are denied (Docket Nos. 10-1, 10-2, 22, 24, 31 & 38.).
8 | DATED:  March 30, 2006

           _____
           MORRISON C. ENGLAND, JR
           UNITED STATES DISTRICT JUDGE