IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK R. HOLLEY, Sr.,<br><br>                              Plaintiff,<br><br>        v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>                              Defendants. | NO. 2:04-cv-2006 MCE PAN P<br><br>ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL |

Defendants' first request for an extension of time to file an opposition to Plaintiff's motion to compel was considered by the Court, and good cause appearing, Defendants' request is granted.

IT IS HEREBY ORDERED that Defendants shall have until May 12, 2006, to file the opposition to Plaintiff's motion to compel.

DATED: April 25, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

holl2006.eot.wpd

*[Proposed] Order Granting Defendants' Request for EOT*

1