IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK RONALD HOLLEY,

    Plaintiff,                    No. CIV S-04-2006 MCE PAN P

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,

    Defendants.            ORDER

                               /

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On June 22, 2006, plaintiff filed a motion for summary judgment. On July 26, 2006, defendants requested leave to act beyond time to August 21, 2006, to oppose plaintiff's motion for summary judgment and to cross-move for summary judgment. The court finds good cause and will grant the request. Defendants shall file their opposition and cross-motion on or before August 21, 2006. Plaintiff's reply to Defendants' opposition and opposition to the cross-motion shall be served on or before September 28, 2006. Defendants' reply to Plaintiff's opposition shall be served on or before October 6, 2006.

        On July 13, 2006, plaintiff filed a motion in limine. Plaintiff is advised that this motion is premature. Motions in limine are generally filed seven days prior to trial. However,

1

plaintiff will be instructed, in the court's pretrial order, when he should file such motions. Plaintiff's motion will be denied without prejudice.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' July 26, 2006 request is granted.

2. Defendants shall file their opposition and cross-motion on or before August 21, 2006.  Plaintiff's reply to Defendants' opposition and opposition to the cross-motion shall be served on or before September 28, 2006.  Defendants' reply to Plaintiff's opposition shall be served on or before October 6, 2006.

3. Plaintiff's July 13, 2006 motion is denied without prejudice.

DATED: July 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

001; holl2006.ext