IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK RONALD HOLLEY, Sr.,

      Plaintiff,                    No. CIV S-04-2006 MCE EFB P

      vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS, et al.,

      Defendants.              <u>ORDER</u>

      Plaintiff is a state prisoner prosecuting this civil rights action without counsel. Pursuant to the January 27, 2006, schedule, plaintiff's pretrial statement should have been filed no later than October 20, 2006, defendants' pretrial statement should have been filed no later than November 3, 2006, pretrial conference is set for November 13, 2006, and trial is set for January 31, 2007.

      Since plaintiff's motion for summary judgment and defendants' cross-motion for summary judgment are pending, the above dates are vacated. *See* Fed. R. Civ. P. 16(b). Pretrial dates will be rescheduled, if appropriate, after the court resolves these motions.

      So ordered.

Dated: November 30, 2006.

                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE