UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK RONALD HOLLEY, SR., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS; et al., <br><br> Defendants - Appellees. | No. 07-15552 <br> D.C. No. CV-04-02006-MCE/EFB <br><br> ORDER |

FILED

MAY 2 2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

This appeal has been taken in good faith   [✓]

This appeal is not taken in good faith     [ ]

Explanation: _____

_____

_____

_____

/s/ Judge
United States District Court

Date: _____